# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>  Plaintiff,<br><br>  v.<br><br>PULIDO-ESPARZA, et al.,<br><br>  Defendants. | 1:20-cv-001176-GSA-PC<br><br>**ORDER OF CLARIFICATION RE DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS ISSUED ON APRIL 7, 2023**<br><br>**(ECF No. 15.)**<br><br>**OBJECTIONS TO FINDINGS AND RECOMMENDATIONS DUE <u>BY APRIL 25, 2023</u>** |

Edward B. Spencer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132 (1994).

On April 7, 2023, the Court issued findings and recommendation, recommending that this case proceed only against defendant CDCR for violation of the ADA, and that all other claims and defendants be dismissed from this case. (ECF No. 15.) Due to ambiguity in the order as to the deadline for filing objections, the Court now clarifies that objections to the findings and recommendations are due **on or before April 25, 2023**.

IT IS SO ORDERED.

  Dated:  **April 10, 2023**          **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE