UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>         Plaintiff,<br><br>    v.<br><br>L. PULIDO-ESPARZA, et al.,<br><br>         Defendants. | No.  1:20-cv-01176 JLT GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' EXTENSION OF TIME REQUEST TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 29)<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT DUE **<u>NOVEMBER 23, 2023</u>** |

Defendant California Department of Corrections and Rehabilitation has filed a motion for a thirty-day extension of time to file a response to Plaintiff's Complaint.  ECF No. 29.  In support of it, counsel for Defendant states that new case assignments, coupled with upcoming filing deadlines in other matters warrants a grant of the motion.  ECF No. 29 at 3-4.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time to file a responsive pleading to Plaintiff's Complaint (ECF No. 29) is GRANTED, and

2. Defendant's response to Plaintiff's Complaint is due **<u>November 23, 2023</u>**.

IT IS SO ORDERED.

1

Dated:  **October 23, 2023**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE