UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>        Plaintiff,<br><br>    v.<br><br>L. PULIDO-ESPARZA, et al.,<br><br>        Defendants. | No.  1:20-cv-1176 JLT GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 31)<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT DUE **DECEMBER 7, 2023** |

      Defendant California Department of Corrections and Rehabilitation has filed a second request for an extension of time to file a response to Plaintiff's First Amended Complaint. ECF No. 31. Defendant requests a period of fourteen days to do so. Id. at 3. In support of the motion, counsel for Defendant states that additional time is needed to investigate Plaintiff's allegations. Id.

      Good cause appearing, Defendant's motion will be granted.

      IT IS HEREBY ORDERED that:

      1. Defendant's second request for an extension of time to file a responsive pleading (ECF No. 31) is GRANTED, and

1

2. Defendant shall have until **December 7, 2023**, to file a response to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

    Dated:   **November 21, 2023**                              **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE