1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD B. SPENCER,                    No.  1:20-cv-00682 JLT GSA (PC)

12              Plaintiff,                 ORDER DIRECTING THE CALIFORNIA
                                           DEPARTMENT OF CORRECTIONS AND
13        v.                               REHABILATION TO CEASE ANY
                                           CONTINUED DEBIT OF FILING FEES
14   RICHARD MILAN, et al.,                FROM PLAINTIFF'S PRISONER TRUST
                                           FUND ACCOUNT FOR THIS CASE IN
15              Defendants.                LIGHT OF THIS COURT'S MARCH 18,
                                           2024, ORDER REVOKING  PLAINTIFF'S IN
16                                         FORMA PAUPERIS STATUS

17                                         ORDER DIRECTING THE RETURN TO
                                           PLAINTIFF ANY FILING FEES FOR THIS
18                                         CASE THAT HAVE BEEN DEBITED TO
                                           PLAINTIFF'S PRISONER TRUST FUND
19                                         ACCOUNT ON AND FROM THE DATE OF
                                           MARCH 18, 2024
20
                                           (See ECF No. 9)
21

22

23

24

25

26

27

28

1

1

2

EDWARD B. SPENCER,                                No.  1:20-cv-00909 JLT GSA (PC)

3                        Plaintiff,                ORDER DIRECTING THE CALIFORNIA
                                                  DEPARTMENT OF CORRECTIONS AND
4          v.                                     REHABILATION TO CEASE ANY
                                                  CONTINUED DEBIT OF FILING FEES
5    J. JASSO, et al.,                            FROM PLAINTIFF'S PRISONER TRUST
                                                  FUND ACCOUNT FOR THIS CASE IN
6                        Defendants.              LIGHT OF THIS COURT'S MARCH 18,
                                                  2024, ORDER REVOKING PLAINTIFF'S IN
7                                                 FORMA PAUPERIS STATUS

8                                                 (See ECF Nos. 7, 49)

9                                                 ORDER DIRECTING THE RETURN TO
                                                  PLAINTIFF ANY FILING FEES FOR THIS
10                                                CASE THAT HAVE BEEN DEBITED TO
                                                  PLAINTIFF'S PRISONER TRUST FUND
11                                                ACCOUNT ON AND FROM THE DATE OF
                                                  MARCH 18, 2024

12                                                (See ECF No. 7)

13

14

15   EDWARD B. SPENCER,                            No.  1:20-cv-1176 JLT GSA (PC)

16                       Plaintiff,                ORDER DIRECTING THE CALIFORNIA
                                                  DEPARTMENT OF CORRECTIONS AND
          v.                                       REHABILATION TO CEASE ANY
17                                                 CONTINUED DEBIT OF FILING FEES
     L. PULIDO-ESPARZA, et al.,                    FROM PLAINTIFF'S PRISONER TRUST
18                                                 FUND ACCOUNT FOR THIS CASE IN
                         Defendants.               LIGHT OF THIS COURT'S ORDER OF
19                                                 MARCH 18, 2024, REVOKING PLAINTIFF'S
                                                   IN FORMA PAUPERIS STATUS

20                                                 (See ECF Nos. 7, 43)

21                                                 ORDER DIRECTING THE RETURN TO
                                                   PLAINTIFF ANY FILING FEES FOR THIS
22                                                 CASE THAT HAVE BEEN DEBITED TO
                                                   PLAINTIFF'S PRISONER TRUST FUND
23                                                 ACCOUNT ON AND FROM THE DATE OF
                                                   MARCH 18, 2024

24

25                                                 (See ECF No. 7)

26

27

28

2

1

2    EDWARD B. SPENCER,                          No.  1:23-cv-01033 JLT GSA (PC)

3              Plaintiff,                         ORDER DIRECTING THE CALIFORNIA
                                                  DEPARTMENT OF CORRECTIONS AND
4         v.                                      REHABILATION TO CEASE ANY
                                                  CONTINUED DEBIT OF FILING FEES
5    A. BARAJAS, et al.,                          FROM PLAINTIFF'S PRISONER TRUST
                                                  FUND ACCOUNT FOR THIS CASE IN
6              Defendants.                        LIGHT OF THIS COURT'S ORDER OF
                                                  MARCH 18, 2024, REVOKING PLAINTIFF'S
7                                                 IN FORMA PAUPERIS STATUS

8                                                 (See ECF Nos. 7, 19)

9                                                 ORDER DIRECTING THE RETURN TO
                                                  PLAINTIFF ANY FILING FEES FOR THIS
10                                                CASE THAT HAVE BEEN DEBITED TO
                                                  PLAINTIFF'S PRISONER TRUST FUND
11                                                ACCOUNT ON AND FROM THE DATE OF
                                                  MARCH 18, 2024
12
                                                  (See ECF No. 7)
13

14

15         Plaintiff, a state prisoner proceeding pro se[1] in all the above-referenced matters, has filed

16   these civil rights actions seeking relief under 42 U.S.C. § 1983.  These matters were referred to a

17   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18         For the reasons stated below, the Court will direct the California Department of

19   Corrections and Rehabilitation ("CDCR"), or its designee, to cease its withdrawal of filing fees

20   for these four cases listed above from Plaintiff's prisoner trust fund account until further notice.

21   CDCR will also be ordered to return any filing fees that have been deducted from Plaintiff's trust

22   account beginning on March 18, 2024, and following thereafter until further order of the Court.

23         I.     BACKGROUND

24         On March 18, 2024, Plaintiff was found to be a three-strikes litigant within the meaning of

25   28 U.S.C. 1915(g) in all four of the above-referenced matters.  See, e.g., Milan,[2] ECF No. 67.  As

26   _____

27   [1]  Plaintiff is currently appealing his status as a three strikes litigant and the resulting revocation
     of his in forma pauperis status in each of these matters.  On appeal, Plaintiff is represented by
     counsel.
28   [2]  Throughout this order, when the Court's orders and the motions Plaintiff has filed in each of his

                                               3

1    a result, Plaintiff's in forma pauperis status in each case was revoked and he was ordered to pay

2    the filing fees in full in each of them.  See id. at 4.  Plaintiff was given thirty days to do so.  Id.

3         Just before the thirty day period ran in all four cases, Plaintiff filed interlocutory appeals

4    in the Ninth Circuit regarding this Court's three strikes litigant determination.  See, e.g., Milan,

5    ECF Nos. 68, 69 (notice of interlocutory appeal; processing of same).  These appeals are

6    currently pending.

7         On July 29, 2024, Plaintiff filed motions in each of these matters requesting that filing

8    fees cease to be deducted from Plaintiff's prisoner trust fund account were docketed.  See, e.g.,

9    Milan, ECF No. 73.  Defendants do not oppose these motions.  See Milan, ECF No. 74; Jasso,

10   ECF No. 55; Pulido-Esparza, ECF No. 49, and Barajas, ECF No. 26 (Defendants' statements of

11   non-opposition).

12        II.   DISCUSSION

13        On August 12, 2024, in a separate order, this Court reviewed the motions to stop filing fee

14   deductions that Plaintiff filed in Milan, Jasso, Pulido-Esparza, and Barajas.  See, e.g., Milan, ECF

15   No. 75.  In it, the Court determined: (1) that the CDCR should be ordered to stop deducting filing

16   fees for these four cases from Plaintiff's trust account in light of the revocation of Plaintiff's in

17   forma pauperis status and his related pending interlocutory appeals to the Ninth Circuit, and (2)

18   that Plaintiff should be refunded any filing fees that have been deducted from his trust account

19   ON and FROM March 18, 2024, the date that this Court revoked his in forma pauperis status in

20   these cases.  Consistent with that order, the Court will direct as follows:

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.   In light of the Court's revocation of Plaintiff's in forma pauperis status in the

23   following cases on March 18, 2024, the California Department of Corrections and Rehabilitation,

24   or its designee, shall CEASE the DEDUCTION of FILING FEE PAYMENTS in them:

25        • Spencer v. Milan, No. 1:20-cv-00682 JLT GSA (see ECF Nos. 9, 67) (order

26           granting in forma pauperis status; order revoking same);

27   ─────────────────

28   four matters are identical in substantive content, for ease of reference the Court will only cite to
     the order or filing in Milan, which is Plaintiff's earliest-filed case.

                                            4

1        • <u>Spencer v. Jasso</u>, No. 1:20-cv-00909 JLT GSA (<u>see</u> ECF Nos. 7, 49) (order

2        granting in forma pauperis status; order revoking same);

3        • <u>Spencer v. Pulido-Esparza</u>, No. 1:20-cv-01176 JLT GSA (<u>see</u> ECF Nos. 7, 43)

4        (order granting in forma pauperis status; order revoking same), and

5        • <u>Spencer v. Barajas</u>, No. 1:23-cv-01033 JLT GSA (<u>see</u> ECF Nos. 7, 19) (order

6        granting in forma pauperis status; order revoking same).

7      2.   Any FILING FEES that have been DEDUCTED from Plaintiff's prisoner trust fund

8  account in the four above-listed cases **on and <u>from</u> <u>March 18, 2024,</u>**[3] the date Plaintiff's in

9  forma pauperis status was revoked, shall be REFUNDED to Plaintiff;

10      3.   The Clerk of Court is directed to SERVE a copy of this order on the following:

11        a.   The Director of the California Department of Corrections and Rehabilitation,

12  and

13        b.   The Court's Financial Department, and

14      4.   The Clerk of Court is also ORDERED to work with the above-referenced entities as

15  needed to ensure that certain filing fees as identified herein are refunded to Plaintiff.

16

17

18  IT IS SO ORDERED.

19     Dated:   **August 12, 2024**          **/s/ Gary S. Austin**
                           UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

---

[3] Given the pending interlocutory appeals in these matters, any filing fees collected in these four cases *prior* to the March 18, 2024, revocation date *shall not* be returned to Plaintiff.