UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01176-JLT-HBK (PC)<br><br>ORDER FINDING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES MOOT<br><br>(Doc. No. 34) |

　　　　On July 3, 2025, this case was reassigned to the undersigned. (Doc. No. 57). A review of the docket reveals that Plaintiff proceeds on his claim set forth in his First Amended Complaint alleging violations of the American with Disabilities Act against the California Department of Corrections and Rehabilitation ("CDCR") stemming from Plaintiff being forced to stand during inmate counts despite his disability. (Doc. Nos. 13, 18, 23). Defendant filed an Answer (Doc. No. 33), to which Plaintiff filed a Motion to Strike Affirmative Defenses (Doc. No. 34). In response, Defendant filed a Statement of Non-Opposition and (Doc. No. 36) and a First Amended Answer (Doc. No. 35).

　　　　ACCORDINGLY, it is hereby ORDERED:

　　　　1. Plaintiff's Motion to Strike (Doc. No. 34) is moot.

　　　　2. The Clerk of Court shall issue the undersigned's FIRST INFORMATIONAL ORDER IN PRISONER/CIVIL DETAINEE CIVIL RIGHTS CASE.

3.  The Parties shall return the Consent/Decline to U.S. Magistrate Judge Jurisdiction form within twenty-one (21) days.

4.  The Court will set a Case Management and Scheduling Order by separate order.

Dated:  July 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE